UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOLTGREVEN, and JACKIE HOLTGREVEN, </br></br> Plaintiffs, </br></br> vs. </br></br> O'FALLON POLICE DEPARTMENT, et al., </br></br> Defendants. | Case No. 4:08CV00553 ERW |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants Sidney McDonald, Stephen Schneider, Joseph Litzinger, and the City of O'Fallon, Missouri's Motion for Summary Judgment [doc. #28] is **GRANTED**. Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**.

Dated this 8th Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE